AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| P.M. and C.T.,<br>_Plaintiff_<br>v.<br>DAVID C. YOUNG, et al.<br>_Defendant_ | )<br>)<br>)<br>)  Civil Action No.  10-28 BB/RLP<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  DAVID C. YOUNG
c/o Kathy Levy
Assistant City Attorney
City Legal Department
1 Civic Plaza, 4th Floor
Albuquerque, NM 87103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mary Y.C. Han
Paul J. Kennedy
Kennedy & Han
201 12th Street N.W.
Albuquerque, N.M. 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, January 19, 2010

Karen D. Francisco

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-28 BB/RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David C Young
was received by me on *(date)* Jan 22, 2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kathy Levy , who is
designated by law to accept service of process on behalf of *(name of organization)* David C Young
on *(date)* 01/26/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

JEAN M KERDOCK-LOCKE
Printed name and title

201 12th ST NW
Server's address
A1B NM 87102

Additional information regarding attempted service, etc: