IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

P.M. and C.T.,

       Plaintiffs,

vs.                                                                                               Civ. No. 10-28 BB/RHS

DAVID C. YOUNG, ROBERT T. SMITH,
JOSEPH R. HUDSON, RAYMOND D.
SCHULTZ, in their individual capacities,
and THE CITY OF ALBUQUERQUE,

       Defendants.

**ORDER DENYING PLAINTIFFS'**
**MOTION FOR SECOND PROTECTIVE ORDER**

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Second Protective Order [docket no. 49]. The Court has now considered the Motion together with Defendants' joint Response (docket no. 57), and Plaintiffs' Reply (docket no. 59) as well as Plaintiffs' Amended/Supplemental Reply (docket no. 62) together with all of the pleadings on file in the above-captioned cause and hereby concludes that the Motion is not well-taken and should be denied. Plaintiffs ask the Court to enter an Order which redacts the names and personal data identifiers of members of a group of non-party individuals collectively referred to as "Young detainees" in accordance with Fed. R. Civ. P. 5.2. In support of this motion, Plaintiffs argue that the relief being sought is appropriate to "guard against retaliation and harassment directed at witnesses while the litigation is ongoing" (see Motion, docket no. 59, at page 3). Plaintiffs do not give the Court any specific detail or argument to support a finding that there is good cause for granting their motion but rather Plaintiffs rest on broad and conclusory argument which in

and of itself does not constitute good cause.  The Court is not persuaded that any additional redaction is needed beyond that required under Rule 5.2[1] and any protective orders currently in effect.  The Court therefore concludes that the Motion is not well-taken and should be denied.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Second Protective Order [docket no. 49] is hereby denied.

*Robert Hayes Scott*
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] In filing a court document containing certain identifying information regarding any individual, the filer is limited with respect to the information that he or she may include in that document.  See Rule 5.2(a).